IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 15-0684 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BARAK OBAMA, | |
| Defendant. | |

On February 13, 2015, plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint. That day, the clerk notified plaintiff that he had not paid the filing fee or filed a complete application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and no response has been received. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March   27   , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE